IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS and
GENERAL CONFERENCE OF SEVENTH-DAY
ADVENTISTS an Unincorporated Association,

    Plaintiffs,

v.                                                                                          No. 1:06-cv-01207-JDB-egb

WALTER MCGILL, d/b/a CREATION
SEVENTH DAY ADVENTIST CHURCH, et al.,

    Defendant.

RELATED CASE:

IN RE LUCAN CHARTIER                                                    No. 1:11-mc-00003-JDB-egb

_____

ORDER TO ISSUE WARRANTS FOR THE ARREST
OF WALTER MCGILL AND LUCAN CHARTIER
_____

    On April 5, 2012, this Court found Defendant, Walter McGill, and his associate, Lucan Chartier, to be in willful contempt of an injunction and Court orders protecting the trademarks of Plaintiffs, General Conference Corporation of Seventh-Day Adventists and General Conference of Seventh-Day Adventists, an unincorporated association. (Docket Entry ("D.E.") No. 183.) The Court imposed civil sanctions against McGill and Chartier, which included ordering McGill to pay the Defendants' related attorney's fees and imposing a $500.00 fine on both McGill and Chartier. (Id. at 9–11.) Additionally, the Court directed McGill and Chartier "to file with the Clerk of this Court and serve on Plaintiffs, within fifteen (15) days after issuance of this Order, a report in writing, under oath, setting forth in detail the manner and form in which they have complied with the Court's orders and injunction." (Id. at 11–12.) It cautioned that failure to

comply with the Court's directive would result in their incarceration for a period not exceeding thirty days, with twenty days of Chartier's sentence suspended pending his good behavior.[1] (Id. at 10, 12.)

McGill and Chartier have failed to file a written report under oath detailing their compliance with the Court's orders and injunction, and the time for them to do so has expired. Accordingly, the Clerk of Court is DIRECTED to issue warrants for the arrest of Walter McGill and Lucan Chartier. The United States Marshals Service is DIRECTED to execute those warrants and incarcerate McGill and Chartier until such time as they have ceased all contemptible conduct, but not more than a period of thirty (30) days. Further, twenty (20) days of Chartier's sentence shall be suspended pending his good behavior while in the custody of the Marshals Service.

IT IS SO ORDERED this 2nd day of May, 2012.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Court's order was mailed to the last known addresses for McGill and Chartier on April 5 and 10, 2012, respectively.